Julia C. Bentley, as Administratrix of the Estate of Andrew J. Bentley, deceased, Caroline B. Conrad and William B. Conrad, Plaintiffs in Error, vs. Lawrence Haynes, as Administrator of the Estate of Erasmus T. Haynes, deceased, Defendant in Error.

Writ of Error to Circuit Court Duval county.

*Clark & Gibbons* and *M. C. Jordan*, for Plaintiffs n Error.

*J. W. Archibald* and *W. B. Young*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.

Writ of error dismissed on motion of counsel for de-

fendant in error for failure to comply with order re-quiring perfect abstract of the record.